**MOSTEN MANAGEMENT COMPANY, INC.; Real Estate Operations, Inc., Plaintiffs—Appellees,**

v.

**ZURICH–AMERICAN INSURANCE GROUP, Defendant—Appellant.**

**Mosten Management Company, Inc.; Real Estate Operations, Inc., Plaintiffs—Appellants,**

v.

**Zurich–American Insurance Group, Defendant—Appellee.**

No. 00–15406, 00–15510.
D.C. No. CV–89–03475–CW/PJH.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 12, 2002.

Decided June 20, 2002.

Before WALLACE, KOZINSKI and PAEZ, Circuit Judges.

MEMORANDUM *

The district court erred in awarding Mosten attorneys' fees under *Brandt v.*

---

courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts

*Superior Court,* 37 Cal.3d 813, 210 Cal. Rptr. 211, 693 P.2d 796 (1985). Mosten initially brought both tort and contract claims against Zurich, but the district court granted Zurich summary judgment as to the latter claim; the only remaining claim was for breach of the implied covenant of good faith and fair dealing. However, *Brandt* fees may not be awarded for recovery on such claims. *Burnaby v. Standard Fire Ins. Co.,* 40 Cal.App.4th 787, 47 Cal.Rptr.2d 326, 329 (Ct.App.1995); *United Servs. Auto. Ass'n v. Dalrymple,* 232 Cal.App.3d 182, 283 Cal.Rptr. 330, 332 (Ct.App.1991).

Because Mosten can't satisfy the *Brandt* requirements for its trial fees, it can't satisfy the same requirements for fees on appeal. The district court therefore did not err in denying Mosten's application for appellate *Brandt* fees.

AFFIRMED in part and REVERSED in part. No costs.

PAEZ, Circuit Judge, dissenting.

I respectfully dissent. I would affirm for the reasons stated in the district court's Order Regarding Attorneys' Fees and Expenses and Pre-judgment Interest (April 10, 1996), Order Regarding Attorneys' Fees and Expenses (February 6, 1997), Order Regarding Mosten's Application for Post-trial *Brandt* Fees and Expenses (December 23, 1998), and Order Denying Plaintiffs' Application for Appellate *Brandt* Fees (January 28, 2000).

of this circuit except as may be provided by 9th Circuit Rule 36–3.

* This disposition is not appropriate for publication and may not be cited to or by the courts